UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                        *
    CHARLES T. LEWIS, SR.                  *        Case No 10-16251-NVA
                                            *

    Debtor(s)                               *              (Chapter 13)

*       *       *       *       *       *       *

MOTION TO DISMISS CASE FOR FAILURE
TO ATTEND MEETINGS OF CREDITORS

    Ellen W. Cosby, Trustee, files this Motion to Dismiss Case and states as follows:
Proper notice of the case was sent to the Debtor(s), counsel for the Debtor(s) and creditors on the original matrix.

    2.    In addition to receiving the Notice of Chapter 13 Bankruptcy Case which instructed the Debtor(s) to appear at the §341 meeting, the Debtor(s) also received from the Trustee a "greetings letter" that also gave the date and time of the meeting and instructed the Debtor(s) to attend.

    3.    Despite ample notice, the Debtor(s) failed to attend the scheduled meeting.

    4.    The failure of Debtor(s) to attend the 341 meeting is in disregard of the Debtor's duty under the Bankruptcy Code.

    5.    For the reasons stated, cause exists to dismiss this case.

    WHEREFORE, the Trustee requests this Court to dismiss this case, and to grant such other relief as is just.


Date: May 10,  2010                                  /s/  *Ellen W. Cosby*
                                                               Ellen W. Cosby
                                                               300 E. Joppa Road #304
                                                               Towson, MD  21286
                                                               410-825-5960
                                                               inquiries@ch13balt.com
                                                               Chapter 13 Trustee

**TO THE DEBTOR: TAKE NOTICE THAT, UNLESS YOU FILE A RESPONSE IN WRITING WHICH JUSTIFIES OR EXPLAINS THE ALLEGATIONS IN THIS MOTION TO DISMISS WITHIN 21 DAYS OF THE DATE IN THE CERTIFICATE OF SERVICE BELOW, THIS CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE. THE RESPONSE MUST BE FILED WITH THE BANKRUPTCY COURT, WITH A COPY SERVED ON THE TRUSTEE**.

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing Motion was mailed by first-class mail on May 10, 2010, to Debtor(s)

    CHARLES T. LEWIS, SR.
    1105 HANDY AVENUE
    CATONSVILLE, MD 21228

And was transmitted electronically through ECF to:

ADAM M. FREIMAN, ESQUIRE

                                            /s/ *Ellen W. Cosby*
                                            Ellen W. Cosby